IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK WOLFKIEL, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>INTERSECTIONS INSURANCE SERVICES INC., an Illinois corporation, and OCWEN LOAN SERVICING, LLC, a Delaware corporation,<br><br>        Defendants. | Case No. 1:13-cv-07133<br><br>Honorable James B. Zagel |

## STIPULATION TO DISMISS THE FIRST AMENDED COMPLAINT

Plaintiff Mark Wolfkiel ("Wolfkiel") and Defendants Intersections Insurance Services Inc. and Ocwen Loan Servicing, LLC (collectively, "Defendants"), hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action, should be dismissed, *with prejudice*, as to Wolfkiel's individual claims and dismissed, *without prejudice*, as to the claims of the putative class members. In support of the instant stipulation, the Parties state as follows:

WHEREAS, on September 3, 2013, Plaintiff (along with former plaintiff Kelli Majiros) filed a Class Action Complaint in the Circuit Court of Cook County, Illinois, asserting claims against Defendants for their alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, (Dkt. 1-A);

WHEREAS, on October 4, 2013, the action was removed from the Circuit Court of Cook County to the United States District Court for the Northern District of Illinois (Dkt. 1);

WHEREAS, on November 11, 2014, Wolfkiel (and former plaintiff Kelli Majiros) filed a First Amended Complaint (Dkt. 18);

1

WHEREAS, on March 5, 2014, the Court dismissed former plaintiff Majiros's claims in Count II of the First Amended Complaint and the class she sought to represent, struck the class allegations regarding the Revocation Class Wolfkiel sought to represent, and denied Defendants' motion as to the remaining claims (Dkt. 38);

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties may stipulate to the dismissal of this matter without a Court order;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:**

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Wolfkiel's individual claims in the above-captioned action are dismissed *with prejudice* and the claims of the putative class members are dismissed *without prejudice*, with each party to bear its own costs, expenses, and attorneys' fees, except as otherwise agreed.

IT IS SO STIPULATED.

**MARK WOLFKIEL**, individually and on behalf of all others similarly situated,

Dated: December 11, 2014          By:   /s/ Benjamin H. Richman
                                    One of Plaintiff's Attorneys

Jay Edelson
Rafey S. Balabanian
Benjamin H. Richman
Eve-Lynn Rapp
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312.589.6370
Facsimile: 312.589.6378
*jedelson@edelson.com*
*rbalabanian@edelson.com*
*brichman@edelson.com*
*erapp@edelson.com*

Stefan Coleman, Esq.
LAW OFFICES OF STEFAN COLEMAN, LLC
1072 Madison Avenue, #1
Lakewood Township, NJ 08701
Telephone: 877.333.9427
*law@stefancoleman.com*

|  |  |
|---|---|
|  | **OCWEN LOAN SERVICING, LLC**, |
| Dated: December 11, 2014 | By: /s/ Richard E. Gottlieb |
|  | One of Defendant's Attorneys |

Richard E. Gottlieb
**BuckleySandler LLP**
123 N. Wacker Drive, Suite 1450
Chicago, IL 60606
Telephone: (310) 424-3985
*rgottlieb@buckleysandler.com*

Kristopher R. Knabe
**BuckleySandler LLP**
123 N. Wacker Drive, Suite 1450
Chicago, IL 60606
Telephone: (312) 924-9825
*kknabe@buckleysandler.com*

|  |  |
|---|---|
|  | **INTERSECTIONS INSURANCE SERVICES INC.,** |
| Dated: December 11, 2014 | By: /s/ Randall A. Brater |
|  | One of Defendant's Attorneys |

Anthony J. Monaco
Matthew T. Kinst
**Swanson, Martin & Bell, LLP**
330 North Wabash Ave, Suite 3300
Telephone: (312) 321-9100
*amonaco@smbtrials.com*
*mkinst@smbtrials.com*

4

Randall A. Brater, Esq., *pro hac vice*
**Arent Fox LLP**
1717 K Street, NW
Washington, DC 20036-5342
(202) 715-8472
(202) 857-6395 – Fax
randall.brater@arentfox.com

4

## CERTIFICATE OF SERVICE

  I, Richard E. Gottlieb, an attorney, hereby certify that on December 11, 2014, I served the above and foregoing *Stipulation to Dismiss the First Amended Complaint*, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 11th day of December, 2014.

                /s/  Richard E. Gottlieb