# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Mark Wolfkiel, et al.

                                                Plaintiff,

v.                                                                 Case No.: 1:13−cv−07133
                                                                                Honorable James B. Zagel

Intersections Insurance Services Inc., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 17, 2014:

      MINUTE entry before the Honorable James B. Zagel: On 12/11/2014, the parties filed a stipulation to dismiss. Pursuant to the stipulation, Plaintiff Mark Wolfkiel (Wolfkiel) and Defendants Intersections Insurance Services Inc. and Ocwen Loan Servicing, LLC (collectively, "Defendants"), hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above−captioned action, should be dismissed, with prejudice, as to Wolfkiel's individual claims and dismissed, without prejudice, as to the claims of the putative class members. Accordingly, this action is dismissed. Civil case terminated. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.